IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DISTRICT

| | |
|---|---|
| JAMES A. ELLIOTT, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. CV-06-BE-2010-S |
| | ) |
| GENERAL MOTORS ACCEPTANCE | ) |
| CORPORATION, VERIZON WIRELESS, | ) |
| EQUIFAX INFORMATION SERVICES, | ) |
| LLC, TRANSUNION, LLC, EXPERIAN | ) |
| INFORMATION SOLUTIONS, INC. | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, James A. Elliott, Jr., and the Defendant, Trans Union, LLC, and file this Joint Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Plaintiff James A. Elliott, Jr. and Defendant Trans Union LLC to be determined by this Court. James A. Elliott, Jr. and Trans Union, LLC hereby stipulate that all claims or causes of action against Trans Union LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

The parties hereto expressly stipulate that this Join Stipulation is not intended

to affect, impact or alter the Plaintiff's claims against any parties not signatories hereto.

_____
Charles J. Lorant
ALABAMA INJURY LAWYERS PC
401 Office Park Drive
Birmingham, AL 35223
ATTORNEY FOR PLAINTIFF

_____
Kary B. Wolfe
WATSON, WELLS & BIRCHALL,
One Federal Place, Suite 1100
1819 5th Ave North
Birmingham, AL 35203
ATTORNEY FOR TRANS UNION, LLC

## CERTIFICATE OF SERVICE

This is to certify that on May 7, 2007, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew P. Walsh
Floyd D. Gaines
GAINES LLC
P.O. Box 395
Birmingham, AL 35201-0395

Doug H. Bryant
MILLER, HAMILTON, SNIDER & ODEN LLC
505 20th Street North
Birmingham, AL 35203

Iris Y. Gonzalez
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515

Laura C. Nettles
LLOYD GRAY & WHITEHEAD PC
2501 20th Place, South, Suite 300
Birmingham, AL 35223

_____
OF COUNSEL